IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GIANNIS ANTETOKOUNMPO,

        *Plaintiff*

    v.

GAVIN INVERSO, JOE INFANTI,
NATHAN ASHBY, RONEY PERKINS,
NICHOLAS REGINI, BAILEY CARLIN,
and ME'KHAIL COBB

        *Defendants.*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case No.: 1:21-cv-08731-PGG

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff GIANNIS ANTETOKOUNMPO and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant **NATHAN ASHBY.**

Date: 11/30/2021

PARDALIS & NOHAVICKA LLP

By: _____
Anastasi Pardalis
*Counsel for Plaintiff*
950 Third Avenue, 27th Floor
New York, NY 10022
taso@pnlawyers.com